# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v | ) | CR206-00019-001 |
| | ) | |
| Sarah DePriest | ) | |

## ORDER

The defendant was ordered by the Court to surrender to the institution designated by the Bureau of Prisons for service of her imprisonment sentence on July 17, 2006; however, the defendant has yet to be designated to any facility.  Therefore, the Court orders that the aforementioned defendant's voluntary surrender date be extended to on or before August 14, 2006, or as directed by the U.S. Marshals Service.

SO ORDERED, this ___17___ day of ___July___, 2006.

_____
Judge, U.S. District Court